**Chastis NIXON, Plaintiff-Appellant,**

v.

**John DOE, Superintendent of Salisbury Correctional Institution; John Doe, II, Superintendent of Alexander Correctional Institution; Gaston County Municipality; Gaston County Jail, Defendants-Appellees.**

No. 16-6366

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2016

Decided: July 22, 2016

Chastis Ray Gomez Nixon, Appellant Pro Se.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chastis Nixon seeks to appeal the district court's orders granting his motion to amend his complaint and dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to comply with the court's order to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nixon v. Doe, No. 3:15–cv–00370–FDW, 2016 WL 593828 (W.D.N.C. Feb. 12, 2016; May 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED